JAMES B. WILSON, Appellant, *v.* WILLIAM T. BLODGETT et al., Respondents.

*D. McMahon* for the appellant.

*J. H. Reynolds* for the respondents.

Argued and decided with *Kerr* v. *Blodgett, ante*, p. 62.